7016 1370 0001 2031 635C

P2

CAUSE NO. 201755913

RECEIPT NO.                           75.00    CTM
\*\*\*\*\*\*\*\*\*\*                            TR # 73410079

PLAINTIFF: MINTON, JASON                                In The   157th
vs.                                                                                Judicial District Court
DEFENDANT: LIGHTHOUSE PROPERTY INSURANCE CORPORATION      of Harris County, Texas
                                                                                      157TH DISTRICT COURT
                                                                                      Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LIGHTHOUSE PROPERTY INSURANCE CORPORATION
     C/O CT CORPORATION SYSTEM

     1999 BRYAN STREET SUITE 900    DALLAS TX   75201 - 3136

     Attached is a copy of <u>ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the 21st day of August, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 6th day of September, 2017, under my hand and seal of said Court.

<u>Issued at request of</u>:
WILSON, CHAD T
455 EAST MEDICAL CENTER BLVD SUITE 555
WEBSTER, TX 77598
Tel: (832) 415-1432
<u>Bar No.</u>: 24079587

                                       *Chris Daniel*
                                       CHRIS DANIEL, District Clerk
                                       Harris County, Texas
                                       201 Caroline, Houston, Texas 77002
                                       (P.O. Box 4651, Houston, Texas 77210)
                     Generated By: DENMON, BRIANNA JANEL   3B5//10759679

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE to the following addressee at address:

(a) ADDRESSEE                             ADDRESS

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on _____ day of _____, _____,
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____ Deputy

Certified Document Number: 76591895 - Page 1 of 2

.INT.CITM.P                          \*73410079\*

7014 1370 0001 2031 4334

CAUSE NO. 201755913

RECEIPT NO. 75.00 CTM
\*\*\*\*\*\*\*\*\* TR # 73410079

PLAINTIFF: MINTON, JASON
vs.
DEFENDANT: LIGHTHOUSE PROPERTY INSURANCE CORPORATION

In The 157th
Judicial District Court
of Harris County, Texas
157TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: LIGHTHOUSE PROPERTY INSURANCE CORPORATION
C/O CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900  DALLAS TX  75201 - 3136
Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 21st day of August, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 6th day of September, 2017, under my hand and seal of said Court.

Issued at request of:
WILSON, CHAD T
455  EAST MEDICAL CENTER BLVD SUITE 555
WEBSTER, TX  77598
Tel: (832) 415-1432
Bar No.: 24079587

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: DENMON, BRIANNA JANEL  3B5//10759679

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____
_____
(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____, Deputy

.INT.CITM.P

\*73410079\*

Certified Document Number: 7659189S - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017


Certified Document Number:        76591895 Total Pages: 2


*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Chris Wells    C. Date of Delivery SEP 12 2017<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>2017 - 55913   157th<br>LIGHTHOUSE PROPERTY INSURANCE COMPANY<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN ST, SUITE 900<br>DALLAS, TEXAS 75201-3136<br><br>9590 9402 2307 6225 7411 19 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery ($500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0001 2031 6336 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Certified Document Number: 76841M88 - Page 1 of 1





I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017

Certified Document Number:        76841488 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



Certified Document Number: 76612909 - Page 1 of 1

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017

Certified Document Number:        76612909 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



| | |
|---|---|
| | **Service of Process Transmittal**<br>09/12/2017<br>CT Log Number 531918400 |
| **TO:** | Patrick White<br>LIGHTHOUSE PROPERTY INSURANCE CORPORATION<br>5545 S Orange Ave<br>Orlando, FL 32809-3493 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | LIGHTHOUSE PROPERTY INSURANCE CORPORATION  (Domestic State: LA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JASON MINTON, Pltf. vs. LIGHTHOUSE PROPERTY INSURANCE CORPORATION and TIMOTHY MERCER, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition, Jury Demand and Request |
| **COURT/AGENCY:** | 157th Judicial District Court Harris County, TX<br>Case # 201755913 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/12/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next after the expiration of 20 days after you were served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Chad T. Wilson<br>Chad T. Wilson Law Firm PLLC<br>455 East Medical Center Blvd., Suite 555<br>Webster, TX 77598<br>832-415-1432 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0106892527 |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>214-932-3601 |

Page 1 of  1 / DJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


HOUSTON, TEXAS 77210-4651





2016 1370 0001 2031 6336

LIGHTHOUSE PROPERTY INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
1999 BRYAN ST, SUITE 900
DALLAS, TEXAS 75201-3136