7016 1370 0001 2037 6889   P2

CAUSE NO. 201755913

RECEIPT NO.   75.00   CTM
**********   TR # 73410083

| PLAINTIFF: MINTON, JASON | In The 157th |
| vs. | Judicial District Court |
| DEFENDANT: LIGHTHOUSE PROPERTY INSURANCE CORPORATION | of Harris County, Texas |
| | 157TH DISTRICT COURT. |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: MERCER, TIMOTHY

   411  N SAM HOUSTON PARKWAY E SUITE 350   HOUSTON  TX  77060

   Attached is a copy of <u>ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>21st day of August, 2017</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

   This citation was issued on 6th day of September, 2017, under my hand and seal of said Court.

<u>Issued at request of</u>:
WILSON, CHAD T
455  EAST MEDICAL CENTER BLVD SUITE 555
WEBSTER, TX  77598
Tel: (832) 415-1432
<u>Bar No.</u>: 24079587

*Chris Daniel*

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: DENMON, BRIANNA JANEL   3B5//10759679

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE to the following addressee at address:

_____

_____

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
(2) TRCP, upon the Defendant as evidenced by the
return receipt incorporated herein and attached
hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____, Deputy

Certified Document Number: 76591894 - Page 1 of 2

.INT.CITM.P      *73410083*

7016 1570 0001 2031 6329

CAUSE NO. 201755913

RECEIPT NO.          75.00    CTM
\*\*\*\*\*\*\*\*\*\*          TR # 73410083

| | |
|---|---|
| PLAINTIFF: MINTON, JASON<br>vs.<br>DEFENDANT: LIGHTHOUSE PROPERTY INSURANCE CORPORATION | In The   157th<br>Judicial District Court<br>of Harris County, Texas<br>157TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: MERCER, TIMOTHY

    411 N SAM HOUSTON PARKWAY E SUITE 350    HOUSTON TX   77060

    Attached is a copy of <u>ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>21st day of August, 2017,</u> in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 6th day of September, 2017, under my hand and seal of said Court.

<u>Issued at request of</u>:
WILSON, CHAD T
455 EAST MEDICAL CENTER BLVD SUITE 555
WEBSTER, TX 77598
Tel: (832) 415-1432
<u>Bar No.</u>: 24079587

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: DENMON, BRIANNA JANEL  3B5//10759679

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE to the following addressee at address:

| | |
|---|---|
| _____<br><br>_____<br>(a) ADDRESSEE<br><br>_____ | ADDRESS<br><br>Service was executed in accordance with Rule 106<br>(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at<br><br>on _____ day of _____, _____<br>by U.S. Postal delivery to _____<br><br>This citation was not executed for the following reason: _____<br><br>CHRIS DANIEL, District Clerk<br>Harris County, TEXAS<br><br>By _____, Deputy |

N.INT.CITM.P                     \*73410083\*

Certified Document Number: 76591894 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017

Certified Document Number:        76591894 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TIMOTHY MERCER
411 N. SAM HOUSTON PARKWAY E, SUITE 350
HOUSTON, TEXAS 77060

2017-55913 157th

9590 9402 2307 6225 7410 96

2. Article Number (Transfer from service label)

7016 1370 0001 2031 6329

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): Salvador Palma

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

2017 SEP 18 AM 8: 02

9-18-17

Certified Document Number: 76841489 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017

Certified Document Number:        76841489 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$                                    3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$   1.80
Total Postage and Fees
$   7.93

Sent To         TIMOTHY MERCER
Street and Apt No.  411 N. SAM HOUSTON PARKWAY E, SUITE 350
City, State, ZIP+4  HOUSTON, TEXAS 77060
                    2017-55913   157th

PS Form 3800,
```

SEP - 8 2017
Chris Daniel
District Clerk

Certified Document Number: 76612910 - Page 1 of 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 9, 2017

Certified Document Number:        76612910 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**